# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>PREFERRED HOME MORTGAGE COMPANY, et al.,<br><br>    Defendants. | 2:10-CV-1098 JCM (LRL) |

### ORDER

Presently before the court is the matter of *Weinstein v. Preferred Home Mortgage Company et al* (Case No. 2:10-cv-01098-JCM-LRL), which was consolidated with *Weinstein v. Preferred Home Mortgage Company et al* (Case No. *2:10-cv-01125-JCM-LRL.)* on October 4, 2010, pursuant to the court's orders (doc. # 18 and #19).

Pursuant to Fed. R. Civ. P. 4(m), on November 4, 2010, this court entered an order dismissing defendant Joe Scallion without prejudice (doc. #24). However, on October 29, 2010, the magistrate judge gave the plaintiff until December 31, 2010, to serve defendant Joe Scallion (doc #23).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the court's order dismissing defendant Joe Scallion (doc. #24) be, and the same hereby is, VACATED.

DATED November 8, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**